# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 18, 2022

## NO. 03-21-00545-CR

**David Joseph Borders, Appellant**

**v.**

**The State of Texas, Appellee**

### APPEAL FROM THE 426TH DISTRICT COURT OF BELL COUNTY
### BEFORE JUSTICES GOODWIN, BAKER, AND TRIANA
### MODIFIED AND, AS MODIFIED, AFFIRMED -- OPINION BY JUSTICE BAKER

This is an appeal from the order of deferred adjudication entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no error in the order requiring reversal. However, there was error in the order that requires correction. Therefore, the Court modifies the trial court's order deferring adjudication to add section 31.09 of the Texas Penal Code as another statute for the offense and to reflect that appellant pleaded "no contest" rather than "guilty." The order, as modified, is affirmed. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.